IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INNOVATIVE WIRELESS SOLUTIONS, LLC,<br><br>        Plaintiff<br><br>   v.<br><br>281 LODGING PARTNERSHIP, LTD.,<br><br>        Defendant | Civil Case No. 2:13-CV-299 |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Innovative Wireless Solutions, LLC states the following:

Innovative Wireless Solutions, LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

                                            Respectfully submitted,

Dated: April 24, 2013                GILLAM & SMITH, L.L.P.

                                            */s/ Melissa Richards Smith*
                                            Melissa Richards Smith
                                            SBN 24001351
                                            E-mail: melissa@gillamsmithlaw.com
                                            Harry L. Gillam, Jr.
                                            SBN 07921800
                                            Email: gil@gillamsmithlaw.com
                                            William R. Lamb
                                            SBN 24080997
                                            Email: wrlamb@gillamsmithlaw.com
                                            303 South Washington Avenue
                                            Marshall, Texas 75670
                                            Phone: (903) 934-8450
                                            Facsimile: (903) 934-9257

                                            *Attorneys for Plaintiff*
                                            *Innovative Wireless Solutions, LLC*