IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INNOVATIVE WIRELESS SOLUTIONS, LLC, | § § § | Civil Case No. 2:13-cv-00299 |
| Plaintiff, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| 281 LODGING PARTNERSHIP, LTD., | § § § § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Having considered the Motion for Voluntary Dismissal without Prejudice, the Court hereby GRANTS the Motion. Accordingly, it is hereby ORDERED that all claims or causes of action in this matter are hereby dismissed WITHOUT PREJUDICE.

**So ORDERED and SIGNED this 7th day of June, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE